AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL</u>

Re: Diamond Finance Co., Inc.
Case No. 820-71877-A736
Marc A. Pergament, Chapter 7 Trustee of the Estate of Diamond
Finance Co., Inc. v. Lawrence Scott Events, Ltd. d/b/a Lawrence Scott Caterers
Adv. Proc. No. 820-08152-A736

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NASSAU     )

Jacqueline Sullivan, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

That on the 11th day of September, 2020, I served the ***SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING*** and ***COMPLAINT*** upon the Defendant at the address listed below by depositing a true copy of the same enclosed in a post-paid properly addressed envelope, marked Certified Mail, Return Receipt Requested and by first class mail, in a properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

> Lawrence Scott Events, Ltd. d/b/a
> Lawrence Scott Caterers
> 35 Bethpage Road
> Hicksville, NY  11801
> Attn: Lawrence Scott Gottesman
> Article No. 7014 2120 0004 0263 1184

_____
Jacqueline Sullivan

Sworn to before me this
11th day of September, 2020.

_____
NOTARY PUBLIC

Marianne Mastrocco
Notary Public, State of New York
Registration No. 01MA6119578
Qualified in Nassau County
Commission Expires December 13, 20___

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

Re:   Diamond Finance Co., Inc.
      Case No. 820-71877-A736
      Marc A. Pergament, Chapter 7 Trustee of the Estate of Diamond
      Finance Co., Inc. v. Lawrence Scott Events, Ltd. d/b/a Lawrence Scott Caterers
Adv. Proc. No. 820-08152-A736

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF NASSAU)

Jacqueline Sullivan, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

That on the 11th day of September, 2020, I served the within ***SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING*** and ***COMPLAINT*** upon the Office of the United States Trustee and Debtor's counsel at the addresses listed below by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Office of the United States Trustee
Alfonse M. D'Amato U.S. Courthouse
560 Federal Plaza
Central Islip, NY  11722

Wayne Greenwald, PC
Attorneys for Debtor
475 Park Avenue South, 26th Floor
New York, NY  10016
Attn:  Wayne M. Greenwald, Esq.

_____
Jacqueline Sullivan

Sworn to before me this
11th day of September, 2020.

_____
NOTARY PUBLIC

Marianne Mastrocco
Notary Public, State of New York
Registration No. 01MA6119578
Qualified in Nassau County
Commission Expires December 13, 20___