UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re:                                                         Chapter 7

Diamond Finance Co., Inc.,                    Case No. 820-71877-A736

        Debtor.

-----------------------------------------------------------------X

Marc A. Pergament, Chapter 7 Trustee of the      Adv. Proc. No. 820-08152-A736
Estate of Diamond Finance Co., Inc.,

        Plaintiff,

- against -

Lawrence Scott Events, Ltd. d/b/a Lawrence
Scott Caterers,

        Defendant.

-----------------------------------------------------------------X

## INITIAL PRETRIAL ORDER

Discovery shall be completed on or before January 15, 2021.

Any dispositive motions shall be filed on or before February 15, 2021 or the relief sought in such motions shall be deemed to have been waived.

Any motions to amend the pleadings or to join other parties shall be filed on or before November 12, 2020.

A status conference will be held on February 22, 2021 at __9:30am_____. in Courtroom 860, United States Bankruptcy Court, Central Islip, New York.

Dated: Garden City, New York
      November 12, 2020

By:

Weinberg, Gross & Pergament LLP
Attorneys for Plaintiff Marc A. Pergament, Chapter 7
Trustee of the Estate of Diamond Finance Co., Inc.

Marc A. Pergament
400 Garden City Plaza, Suite 403
Garden City, New York 11530
(516) 877-2424
mpergament@wgplaw.com

Dated: Atlantic Beach, New York
      November 12, 2020

Bennett D. Krasner
Attorney for Lawrence Scott Events, Ltd. d/b/a
Lawrence Scott Caterers,
1233 Beech Street, No. 49
Atlantic Beach, NY 11509
(914-401-9500
bkrasner@bdklaw.net

So Ordered:



**Dated: Central Islip, New York**
**November 17, 2020**

**Robert E. Grossman**
**United States Bankruptcy Judge**